RECEIVED
SEP 28 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs. Kenneth W. Fernandez

Case No. 20cv2067 DSD/TNL
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐   NO ☒

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary). MNSCU Minneapolis C&T College / MN Risk Management

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff   Kenneth Wayne Fernandez

   Name

   Street Address  General Delivery 101 5th St E Ste 150

   County, City  Ramsey, St. Paul

   State & Zip Code  MN  55101

   Telephone Number  612-249-2096

SCANNED
SEP 28 2020
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name: Minnesota Risk Management

   Street Address: 309 Sherburne Ave #309

   County, City: St. Paul, MN

   State & Zip Code: 55155

   b. Defendant No. 2

   Name: MCTC 1501 Hennepin

   Street Address: 1501 Hennepin Ave

   County, City: Hennepin, Minneapolis

   State & Zip Code: MN 55403

   c. Defendant No. 3

   Name:

   Street Address:

   County, City:

   State & Zip Code:

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question      [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                    State of Citizenship:

   Defendant No. 1:                   State of Citizenship:

   Defendant No. 2:                   State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [✓] Defendant(s) reside in Minnesota    [ ] Facts alleged below primarily occurred in Minnesota
   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

On 9-27-2017 while going to class at Minneapolis Community and Technical College, I was hit in the head and eyes. I suffered back, neck, a concussion,

Vision change and sensitivity to light. I filed a claim with Minnesota Risk Management, but it went unpaid. The bills at my school went unpaid and I haven't been back. Risk Management didn't pay for my intellectual property and caused me to lose business prospects and committed copyright infringement, trade secret violations, patent infringement and Antitrust while d.

Vision change and sensitivity to light. I filed a claim with Minnesota Risk Management, but it went unpaid. The bills at my school went unpaid and I haven't been back. Risk Management didn't pay for my Intellectual property and caused me to lose business prospects and committed Copy right infringement, trade secret violations, Patent infringement and Antitrust while d.

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. 1. Personal injury, antitrust, copyright infringement, patent infringement, Trade secret violations, identity theft, personal injury

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Return of intellectual property Cease and desist and $60,000,000,000,000

860 Trillion, gajillion, drillion, zillion, zillion dollars plus compensatory punitive and actual damages.

Signed this 27  day of September

Signature of Plaintiff  Kenneth W. Fernandez

Mailing Address  General Delivery
101 5th Street E ~~~~~~~~
St. Paul, MN  55101

Telephone Number

612-249-2096

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5