UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-2067(DSD/TNL)

Kenneth W. Fernandez,

       Plaintiff,

v.                                     **ORDER**

MNSCU Minneapolis C&T College and
MN Risk Management,

       Defendants.

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated October 23, 2020 (R&R). No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the R&R, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 3] is adopted in its entirety;

2. This matter is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B);

3. The application to proceed in forma pauperis [ECF No. 2] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 12, 2020        /s David S. Doty
                                            David S. Doty, Judge
                                            United States District Court